UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALISSA KELLY                                                         CIVIL ACTION

VERSUS                                                               NO: 05-83

STARWOOD HOTELS & RESORTS                                            SECTION: "S" (1)
WORLDWIDE, INC., D/B/A
SHERATON NEW ORLEANS
HOTEL, *ET AL.*

## ORDER AND REASONS

**IT IS ORDERED** that defendant Starwood Hotels and Resorts Worldwide, Inc.'s Motion for Summary Judgment (Document 22) is hereby **DENIED**.

On January 2, 2004, plaintiff Alissa Kelly slipped in the motor court of the Sheraton Hotel when she approached the door to the hotel building. At her deposition, Kelly testified that she did not see any water or other foreign substances on the ground before she fell, nor did she see anything on the ground after she fell that could have caused her to fall. However, when Kelly rose from the ground after falling, the back of her pants was wet. Additionally, plaintiff has submitted the affidavit of Sharon de la Fuente, Kelly's mother, who attests that the Sheraton

1

Hotel's motor court was moist on the morning Kelly fell, and "the moisture on the ground combined with the oil from the cars made the motor court very slippery."

Rule 56 provides that summary judgment is appropriate if "there is no genuine issue as to any material fact" and "the moving party is entitled to judgment as a matter of law."  The court finds that there are disputed issues of material fact concerning the circumstances of Kelly's fall that preclude summary judgment.  Accordingly, defendant's motion is denied.

New Orleans, Louisiana this  16th day of June, 2006.

_____
**Mary Ann Vial Lemmon**
**United States District Judge**